# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**ERICK RAFAEL HERNANDEZ–QUEVEDO ,**

**JUDGMENT IN A CIVIL CASE**

v.

CASE NO: **1:26–CV–04411–DAD–JDP**

**WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY ,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 06/24/26 .**

ENTERED:    **June 24, 2026**          /s/  **Keith Holland**

Clerk of Court